# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**LELA LUNDY**
    **Plaintiff,**

**v.**

**HOUSING AUTHORITY OF
DEKALB COUNTY
and
EUGENE WALKER in his official
capacity as its Executive Director,**
    **Defendants.**

**CIVIL ACTION NO.
1:18-CV-5162-TWT**

## NOTICE OF SETTLEMENT

Plaintiff and Defendants jointly notify this Court that they have reached a settlement of the remaining issues in principle and request removal from the May 24, 2021 jury trial calendar. In support, the parties state as follows:

1.

The parties anticipate the settlement can be finalized within thirty days. If the parties are not able to finalize the settlement, we will notify the Court no later than June 8, 2021 of our progress.

WHEREFORE, the parties jointly request that the Court remove the case from the May 24, 2021 jury trial calendar.

1

Respectfully submitted this 11th day of May, 2021.

/s/ Lindsey M. Siegel
Lindsey M. Siegel
Georgia Bar No. 730072
William C. Thompson
Georgia Bar No. 710150

Atlanta Legal Aid Society, Inc.
246 Sycamore Street, Suite 120
Decatur, GA 30030
Tel: 770.817.7522
Fax: 404.377.2349
Attorneys for Plaintiff

/s/ Catherine Gibson, w/ express
permission by LMS
Catherine Gibson, Esq.
Georgia Bar No. 141342
1708 Briarcliff Road, NE
Atlanta, GA 30306
Telephone: (404) 733-6700
Facsimile: (404) 733-6007
cgibson@thegibsonlawfirm.com

James E. Dearing, Jr. Esq.
Georgia Bar No. 215090
1596 W. Cleveland Avenue, Suite 102
East Point, Georgia 30344
Telephone: (404) 870-0010
Facsimile: (404) 870-0008
jdearing@jed-law.com

Attorneys for Defendants

2

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned counsel certifies that the foregoing has been prepared in

Times New Roman (14 point) font, as approved by the Court in L.R. 5.1.B.

This 11th day of May, 2021.

*/s/* Lindsey M. Siegel
Lindsey M. Siegel
Georgia Bar No. 730072

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day I sent true and correct copies of the NOTICE

OF SETTLEMENT electronically to the following counsel of record for Defendants:

James E. Dearing, Jr. Esq.
1596 W. Cleveland Avenue, Suite 102
East Point, Georgia 30344
Telephone: (404) 870-0010
Facsimile: (404) 870-0008
jdearing@jed-law.com

Catherine Gibson, Esq.
1708 Briarcliff Road, NE
Atlanta, GA 30306
Telephone: (404) 733-6700
Facsimile: (404) 733-6007
cgibson@thegibsonlawfirm.com

This 11th day of May, 2021.

/s/ Lindsey M. Siegel
Lindsey M. Siegel
Georgia Bar No. 730072