**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **LELA LUNDY**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**HOUSING AUTHORITY OF DEKALB COUNTY**<br>**and**<br>**EUGENE WALKER in his official capacity as its Executive Director,**<br><br>     **Defendants.** | **CIVIL ACTION NO.**<br>**1:18-CV-5162-TWT** |

## JOINT MOTION TO DISMISS

The Parties have reached a settlement that resolves all claims in this case.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties jointly move the

Court to dismiss this case and retain jurisdiction to enforce the terms of the

Settlement Agreement.

Respectfully submitted this 25th day of August, 2021.

*/s/* Lindsey M. Siegel
Lindsey M. Siegel
Georgia Bar No. 730072
William C. Thompson
Georgia Bar No. 710150

Atlanta Legal Aid Society, Inc.

1

246 Sycamore Street, Suite 120
Decatur, GA 30030
Tel: (770) 817-7522
Fax: (404) 377-2349
Lmsiegel@atlantalegalaid.org
Wcthompson@atlantalegalaid.org

***Attorneys for Plaintiff***


/s/ Catherine Gibson, with express permission
Catherine Gibson
Georgia Bar No. 141342

The Gibson Law Firm, LLC
1708 Briarcliff Road, NE
Atlanta, Georgia 30306
(404) 733-6700; fax (404) 733-6007
cgibson@thegibsonlawfirm.com

/s/ James E. Dearing, with express permission
James E. Dearing
Georgia Bar No. 215090

The Law Offices of James E. Dearing, Jr.
1595 W. Cleveland Avenue, Suite 102
East Point, Georgia 30344
Telephone: (404) 870-0010
Facsimile: (404) 870-0008
jdearing@jed-law.com

***Attorneys for Defendants***

2

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the foregoing has been prepared in

Times New Roman (14 point) font, as approved by the Court in L.R. 5.1.B.

This 25th day of August, 2021.

*/s/* Lindsey M. Siegel
Lindsey M. Siegel
Georgia Bar No. 730072

## CERTIFICATE OF SERVICE

I certify that on this day I sent true and correct copies of **Joint Motion to**

**Dismiss** through the electronic filing system to counsel of record for Defendants:

Catherine Gibson, Esq.
1708 Briarcliff Road, NE
Atlanta, GA 30306
Telephone: (404) 733-6700
Facsimile: (404) 733-6007
cgibson@thegibsonlawfirm.com

James E. Dearing, Jr. Esq.
1596 W. Cleveland Avenue, Suite 102
East Point, Georgia 30344
Telephone: (404) 870-0010
Facsimile: (404) 870-0008
jdearing@jed-law.com

This 25th day of August, 2021.

*/s/* Lindsey M. Siegel
Lindsey M. Siegel
Georgia Bar No. 730072

3